# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0398
Lower Tribunal No. 2020-DR-007723-O

_____

C.C.,

Petitioner,

v.

DEPARTMENT OF REVENUE o/b/o J.G. and J.C., JR.,

Respondents.

_____

Petition for Writ of Certiorari to the Circuit Court for Orange County.
Diana M. Tennis, Judge.

August 23, 2024

PER CURIAM.

DENIED. *See Daniel v. Daniel*, 695 So. 2d 1253 (Fla. 1997).

TRAVER, C.J., and SMITH and BROWNLEE, JJ., concur.

Ama N. Appiah, of Law Office of Ama N. Appiah, P.A., St. Petersburg, for Petitioner.

Ashley Moody, Attorney General, Tallahassee, and Sarah C. Prieto, Assistant Attorney General, Fort Lauderdale, for Respondents.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED